Paul J. O'Rourke, Jr., #143951
Ben Nicholson, #239895
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Plaintiff
ALLSTATE INSURANCE COMPANY

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARDELL KENDALL, MARY DRUMMOND, SHANNON ANGELA JOHNSON and DEBORAH JEAN HAAHR,<br><br>Defendants. | Case No.  1:07-cv-01840-LJO-GSA<br><br>**ORDER FOR VOLUNTARY DISMISSAL** |

The Court, having reviewed Plaintiff Allstate Insurance Company's Notice of Voluntary Dismissal Without Prejudice and finding good cause, hereby Orders that the lawsuit styled "*Allstate Insurance Company v. Mardell Kendall, et al.*" (Eastern District Case No. 1:07-cv-01840-LJO-GSA) shall be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:   **March 18, 2008**                              /s/ Lawrence J. O'Neill
                **UNITED STATES DISTRICT JUDGE**